THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
DOMINICK DI MAGGIO, Respondent.

*Crimes — appeal — reversal by Appellate Division of judgment of con-
viction — appeal by People, without permission, to Court of Appeals,
dismissed.*

People v. *Di Maggio,* 221 App. Div. 17, appeal dismissed.
(Submitted November 28, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 5, 1927, which reversed a judgment of the
Court of General Sessions of the county of New York
rendered upon a verdict convicting the defendant of the
crime of illegally carrying a dangerous weapon, dismissed
the indictment and directed the discharge of defendant
from custody.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of
counsel), for appellant.

*K. Henry Rosenberg* for respondent.

Appeal dismissed on authority of People v. *Kevlon* (247
N. Y. 192).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and O'BRIEN, JJ.    Not sitting: KELLOGG, J.

---

JOHN J. SHANNON, Respondent, *v.* THE CUNARD STEAM
SHIP COMPANY, LTD., Appellant.

WILLIAM RYAN, Respondent, *v.* THE CUNARD STEAM
SHIP COMPANY, LTD., Appellant.

AUSTIN T. HICKEY, Respondent, *v.* THE CUNARD STEAM
SHIP COMPANY, LTD., Appellant.

*Malicious prosecution — probable cause — actions to recover for arrest on
indictments for conspiracy found on information furnished by defendant.*

*Shannon* v. *Cunard S. S. Co., Ltd.,* 220 App. Div. 761, affirmed.
*Ryan* v. *Cunard S. S. Co., Ltd.,* 220 App. Div. 761, affirmed.
*Hickey* v. *Cunard S. S. Co., Ltd.,* 220 App. Div. 761, affirmed.
(Argued December 1, 1927; decided January 10, 1928.)

APPEAL, in each of the above-entitled actions, from a
judgment of the Appellate Division of the Supreme Court

in the first judicial department, entered June 1, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for alleged malicious prosecution. The plaintiffs, on information presented by defendant through and by the advice of its attorneys, were indicted in New Jersey for the crime of conspiracy to pad the payrolls of defendant, arrested and imprisoned until released on bail. Thereafter the indictments were dismissed. The question in each case was whether defendant had probable cause to justify the complaint.

*Thaddeus G. Cowell* for appellant.

*Abraham C. Cohen* and *George R. Simpson* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., LEHMAN and KELLOGG, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* KIN HANNA, Appellant.

*Bastardy — order of filiation affirmed.*

People v. *Hanna*, 219 App. Div. 751, affirmed.
(Argued December 5, 1927; decided January 10, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 4, 1927, which affirmed an order of the Essex County Children's Court adjudging defendant to be the father of an illegitimate child and directing that he pay a stated sum weekly to the overseer of the poor of the town of Jay for its support.

*H. P. Kehoe* for appellant.

*E. J. Vincent* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.